IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR71 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT L. CARODINE and | ) | ORDER |
| JAMES T. SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the defendant, James T. Smith's unopposed Motion to Continue Trial [129]. A telephone conference was held with counsel for the parties before the undersigned magistrate judge. As discussed during the conference, defendant Smith filed his Motion to Sever [125] past the pretrial motion deadline and without leave of court. Nonetheless, neither the government or co-defendant, James T. Smith object to an extension of the deadline or the necessary continuance of the trial. The Court finds good cause for the extension and continuance. Accordingly,

**IT IS ORDERED**:

1. The oral motion for extension of the pretrial motion is granted and defendant, James T. Smith's is given leave to file his Motion to Sever [125]. The government shall respond to the motion as previously ordered.

2. The jury trial, **for both defendants**, now set for January 22, 2024, is continued pending further order of the Court**.**

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and the rescheduling of the trial**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would result in a miscarriage of justice, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(i), (iv).

**DATED:  January 2, 2024.**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**